UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GREGORY ALAN KOKAL,

    Petitioner,

v.      Case No. 3:05-cv-173-J-20

JAMES V. CROSBY, JR.,
etc.; et al.,

    Respondents.

---

**ORDER**

Counsel for Petitioner, within **FORTY-FIVE (45) DAYS** from the date of this Order, shall submit a proposed litigation budget for Court approval. See Volume VII, Guide to Judiciary Policies and Procedures, Chapter VI § 6.02(F). This proposed budget shall be submitted ex parte and be filed and maintained under seal. The proposed budget shall include all matters affecting counsel compensation and reimbursement and payments for investigative, expert and other services. Counsel shall also include a proposed hourly rate at which counsel should be compensated in this action. The proposed budget shall include an estimate of the cost of all services (provided by counsel, expert(s), investigator(s) or others) for the entire case. After the proposed budget is

submitted, the Court will determine whether a conference is necessary to reach an agreement on a litigation budget

**DONE AND ORDERED** at Jacksonville, Florida, this \_\_\_10th\_\_\_ day of November, 2005.

_____
UNITED STATES DISTRICT JUDGE

ps 11/10
c:
Linda McDermott, Esquire
Assistant Attorney General Curtis M. French

2